UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 15 CV 13656

ANDRE BISASOR
PLAINTIFF,

V.

DONNA ASHTON; ASHTON LAW PC,

DEFENDANTS

## MOTION TO EXTEND TIME

I hereby request an extension of time to comply with the court's order of 10/27/15 as it pertains to the formal entry of the case vis-a-vis this court.

1. This request is based on the fact that the parties are engaging in settlement negotiations to settle this matter and to reach a global resolution of all issues.

2. We are near reaching settlement and need a little more time to finalize agreement.

3. Therefore, I am asking for a 45 day extension of time until 1/7/16.

4. This will potentially save on the resources of the court/the parties and redound to judicial economy, if the matter is settled and disposed of in a manner that spares the need for further litigation.

5. 45 days is a modest request under the circumstances and should be sufficient to finalize agreement and to sign-off on related settlement documentation, while also taking into account the intervening thanksgiving and Christmas holidays.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and or other relief that the Court deems just proper.

Respectfully submitted,

*Andre Bisasor*

Plaintiff Andre Bisasor
3000 Presidents Way #3413
Dedham MA 02026
781-492-5675

Dated: November 23, 2015