UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 15-13656JGD

ANDRE BISASOR
PLAINTIFF,

V.

DONNA ASHTON; ASHTON LAW PC,

DEFENDANTS

## NOTICE OF SETTLEMENT REACHED AND MOTION TO EXTEND TIME

I hereby request an extension of time to comply with the court's order of 10/27/15 as it pertains to the formal entry of the case vis-a-vis this court.

1. Around the middle of December 2015, the parties reached a settlement in principle. The parties have been in the process of finalizing the paperwork but due to the intervening holidays, there was a delay on the part of the defendants in moving the process along. SEE ATTACHED EX. 1

2. The defendants have returned from vacation as of Jan 4, 2016 and appear ready to move forward in finalizing the paperwork

3. Consequently, a little more time is needed to finalize the settlement documentation.

4. Therefore, I am asking for 21 days or three more weeks of extension of time until 1/28/16.

5. This will potentially save on the resources of the court/the parties and redound to judicial economy, if the matter is settled and disposed of in a manner that spares the need for further litigation.

6. 21 days is a modest request under the circumstances and should be sufficient to finalize agreement and to sign-off on related settlement documentation and thus bring an end to this matter.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and or other relief that the Court deems just proper.

                                                Respectfully submitted,
                                                *[signature]*
                                                Plaintiff Andre Bisasor
                                                3000 Presidents Way #3413
                                                Dedham MA 02026
                                                781-492-5675

Dated: January 6, 2016

**EXHBIT 1: EMAILS SHOWING PROGRESS OF SETTLEMENT AND THE DELAY DUE TO THE HOLIDAYS**

-----Original Message-----
From: Oetheimer, Richard A <ROetheimer@goodwinprocter.com>
To: Andre Bisasor <quickquantum@aol.com>
Sent: Thu, Dec 31, 2015 3:15 pm
Subject: RE: Bisasor

I can assure you it is only the holidays. I know Ms. Ashton has been out of the office. I am also out of the office until Monday. I am certain you will receive a response when everyone is back at work in the New Year.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Andre Bisasor <quickquantum@aol.com>
Date: 12/31/2015 1:51 PM (GMT-05:00)
To: "Oetheimer, Richard A" <ROetheimer@goodwinprocter.com>
Subject: Fwd: Bisasor

Mr. Oetheimer,

Please see below my email to Ms. Ashton/Ms. Turner. I am getting the impression that some kind of game is being played here. Unfortunately, this does not only affect Ms. Ashton or her partners but it also affects several others as well. I'm not sure what is going on but could you please ensure that this matter is attended to in a timely manner.

Thank you,

Andre Bisasor

-----Original Message-----
From: Andre Bisasor <quickquantum@aol.com>
To: quickquantum <quickquantum@aol.com>; cmt <cmt@ashton-law.com>
Cc: dma <dma@ashton-law.com>
Sent: Thu, Dec 31, 2015 1:39 pm
Subject: Re: Bisasor

Dear Ms. Ashton and Ms. Turner,

First, I would like to confirm that you received my emails.

I have a deadline of January 7 to let the federal court know if I am proceeding with the FDCPA action as well as other deadlines.

I would like to be able to have our documentation completed by no later than Jan 5. This means I need to get the revised document (in word format) as soon as possible so that we can have enough time to finalize the paperwork.

The last time I received communications from you was on December 18 which is 13 days ago. I realize that we are in a holiday time but I am sure that you are keeping tabs by email and that the items that were missing from the documentation should be easy to draft and include. It is quite unusual to go for two weeks without responding to my emails on this matter. I'm sure you are responding to other people's emails. Ms. Turner is back in the office since Dec 28 but no reply is forthcoming

As you know, this matter is also time-sensitive given the pending matters before several courts. If I have to move forward with any of these matters, this will significantly change the dynamics and I mean that. For one, it will mean that I will require new costs to be added to the settlement. It will also mean that my willingness to drag this out any further will expire and maybe we need to proceed with litigation, which I will be fully committed to doing. I thought we both are interested in settling this matter so I don't get why there has been such an unreasonable delay in wrapping things up. If you dont really want to settle, then please let me know so that I can act accordingly.

So I look forward to your reply. If I don't hear back asap, then I will have no choice but to assume that something is wrong or bad faith or that you are wanting to have these deadlines pass so that I relinquish my rights.

Sincerely,

Andre Bisasor

-----Original Message-----
From: Andre Bisasor <quickquantum@aol.com>
To: cmt <cmt@ashton-law.com>
Cc: dma <dma@ashton-law.com>
Sent: Wed, Dec 23, 2015 12:22 pm
Subject: Re: Bisasor

Dear Ms. Turner,

I sent the below email and got an automatic reply from Ms. Ashton's email saying that she would be on vacation until Jan 3.

I wanted to find out if I will be able to get an expeditious reply to my email below prior to that. It would be ideal if you could work on a response and provide it to me as soon as possible.

Thanks,

Andre