UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 15CV13656

FILED
IN CLERK'S OFFICE
FEB 1 PM 3:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

ANDRE BISASOR
PLAINTIFF,

V.

DONNA ASHTON; ASHTON LAW PC,

DEFENDANTS

## EMERGENCY MOTION TO EXTEND TIME (FINAL)

1. I would like to update the Court that although settlement agreement was reached, the settlement documentation has not yet been finalized/signed off.

2. The defendants have indicated that because of a recent bankruptcy filing, the settlement has to be assented to by the trustee and bankruptcy court. This assent and approval by the trustee appears to be the key remaining barrier standing in the way of finalizing/signing-off on the settlement.

3. Because of this Court's gracious leeway in allowing us time to settle the matter, I hesitate to ask again for another extension of time. However, if it pleases the court, this would be the absolute last time such a request will be made. If the paperwork is not finalized within this last extension period, I will definitely commit to moving forward with the case no matter what.

4. Therefore, I am asking for a final 30 days of extension of time until 2/27/16.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: January 28, 2016