UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO:   15 CY 1365

ANDRE BISASOR
PLAINTIFF,

V.

DONNA ASHTON; ASHTON LAW PC,

DEFENDANTS

## FINAL MOTION TO EXTEND TIME

1. As this Court is aware, a settlement has been reached on this matter but because of a recent bankruptcy filing, the settlement has to be assented to by the trustee and bankruptcy court. This assent and approval has been a key remaining barrier standing in the way of finalizing/signing-off on the settlement.

2. There has also been another factor. My wife is also party to the settlement and she has to sign off the settlement as well. The trustee has advised that my wife seeks legal counsel on the matter so that when the settlement is signed-off on and presented to the bankruptcy court for approval, her interests have been adequately represented as well. My wife is currently seeking independent legal advice regarding the settlement.

3. As a result, a little more time is needed to square away these procedural issues.

4. Given the above, the trustee has allowed an extension of time until March 29, 2016.

5. Hence, I am asking the same of this Court. i.e. to be allowed one last extension until March 29, 2016 to finalize agreement, and to get approval from the bankruptcy court.

6. I apologize for not being able to have all of this wrapped up sooner but it appears that I underestimated the challenges and complicating factors involved in doing so.

7. Given the Court's grace previously provided so far on this matter, I hesitate to ask for another extension of time. However, if it pleases the court, this would be the absolute last time such a request will be made regarding this issue. I expect that we should be able to get all of this done including getting the matter onto the bankruptcy court docket and getting the approval of the bankruptcy court by the time 3/29/16 comes around.

8. In the long run, it will serve the court and the parties much better for us to have a little more time to finalize the procedural issues standing in the way of disposing of this case by settlement, which will redound to judicial economy.

9. Therefore, I am asking for an absolute last extension of time until 3/29/16.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that

the Court deems just and proper.

& This
is 4th
motion —
Your orig
order is
attached

Respectfully submitted,

*andre Bisson*

Plaintiff Andre Bisasor
3000 Presidents Way #3413
Dedham MA 02026
781-492-5675

Dated: ~~January 28~~, *February 29* 2016