UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1 5 CV 13656

ANDRE BISASOR
PLAINTIFF,

V.

DONNA ASHTON; ASHTON LAW PC,

DEFENDANTS

## NOTICE OF CHANGE OF ADDRESS

I, Andre Bisasor, hereby give notice of a change of address: **119 Drum Hill Rd, #233, Chelmsford MA**

**01824.**

Respectfully Submitted,

Andre Bisasor

Andre Bisasor
119 Drum Hill Rd, #223,
Chelmsford MA 01824
781-492-5675

Dated: February 29, 2016