UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR )
PLAINTIFF, )
 )
V. )
 )
DONNA ASHTON; ASHTON LAW PC, )
DEFENDANTS )
 )

## REQUEST FOR EXTENSION OF TIME TO SERVE PROCESS

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request 45 days of extension of time to serve process on the defendants for the above-captioned case up to and including August 19, 2016. Grounds are as follows:

1. The deadline to serve process is July 5, 2016.
2. As this Court is aware, the parties have agreed to settle this case. I would like to update the Court that Parties are close to reaching a global Settlement Agreement and believe a further extension of time is necessary to reach consensus amongst the Parties on a few remaining provisions for an Agreement (which will then need approval by the Bankruptcy Court and may need further time for that confirmation). See attached motion from Greystar/Donna Ashton recently as of last week requesting extension of time in another proceeding because of the pendency of a global settlement.
3. [NB: Please note that there are 6 parties/entities involved in the final approval of this settlement. 1) Myself, 2) My Spouse 3) The Landlord, Greystar Management Services 4) The Landlord Parent Company, Deutsche Bank. There is also 5) The Bankruptcy Trustee 6) The Bankruptcy Judge].
4. Because there are so many parties involved, particularly big corporations with corporate structures that apparently do not easily lend themselves to speedy turnaround time on certain decisions, this has contributed to need for extension of time. The involvement of so many parties (including the trustee and bankruptcy court) has just made this a little more complicated than first imagined. More importantly, we are also not in control of when the bankruptcy court will docket this matter for hearing and approval. These are things that add to the need for a final extension of time request.

5. So although the agreement is 99% done, as there are literally a couple of items remaining with the settlement documentation, it will likely take a more few weeks beyond that for approval by the bankruptcy court to take place.

6. However, I am filing this extension just to protect my rights in the very small chance that something unexpected occurs that causes the settlement to somehow not go through, which I don't expect.

7. As a result, a little more time is needed to resolve the settlement documentation (as confirmed in writing by Donna Ashton most recently) and to secure approvals from the bankruptcy court.

8. Furthermore, given where things stand with the finalization of the settlement, if I were to serve process at this juncture, it could serve to disrupt the finalization of the settlement among the parties.

9. I ask the Court to assist us in getting to the finishing line so that this matter can be taken off the docket, and dismissed.

10. Therefore, I am asking for 45 days of extension of time until 8/19/16. This extension will allow for the settlement process to be concluded and finalized by the trustee and the bankruptcy court. This will also allow for the settlement process to be fully finalized (which would make this lawsuit moot if settlement is in fact reached). This will potentially save on the resources of the court/the parties and redound to judicial economy, if the matter is settled and disposed of in a manner that spares the need for further litigation. This is a modest/reasonable request under the circumstances. This is the final such request that will be made.

11. [NB: I am pro se at this juncture and I am not a lawyer, so it is my understanding that all my statements and requests should be construed liberally].

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Plaintiff

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: July 5, 2016