UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR                                         )
PLAINTIFF,                                            )
                                                      )
V.                                                    )
                                                      )
DONNA ASHTON; ASHTON LAW PC,                          )
DEFENDANTS                                            )
                                                      )

**REQUEST FOR A 45 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER, OR IN THE ALTERNATIVE A 45-DAY EXTENSION OF TIME TO SERVE PROCESS**

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request 45-day settlement dismissal order for the above-captioned case, or in the alternative a final 45-day extension of time to serve process. Grounds are as follows:

1. The deadline to serve process is August 19, 2016.
2. As this Court is aware, the parties have agreed to settle this case.
3. I would like to update the Court that Parties have now fully reached a global Settlement Agreement including finalization of the settlement documentation and all parties involved have signed the settlement agreement documentation and has been fully executed. See attached Exhibit 1 - Status Report from the Parties submitted in Federal Court Bankruptcy Appeals Division.
4. The agreement is now waiting approval from the bankruptcy court, which could take another few weeks.
5. Given that the parties have finalized and executed the settlement agreement and that we are simply waiting on approval from the bankruptcy court, it makes sense at this point to enter a settlement dismissal for 45 days, without prejudice and with the caveat that if for some reason the bankruptcy court does not approve the settlement, that I reserve the right to re-open this case within 45 days.
6. However, I do not expect that the bankruptcy court will object to the settlement as it remains the intent of the parties to settle and dispose of the issues pending between them.
7. Please see attached order [Exhibit 2] from the Federal Court Bankruptcy Appeals division that entered a similar order as what I am hereby requesting. The attached order states the following:

"The Court having been advised that the above captioned action settled: It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated."

8. So essentially I am asking this court to do the same.
9. In the event, this request is procedurally impermissible in this context for some reason, then in the alternative, I ask simply that a final 45-day extension of time be allowed for me to either serve process or to voluntarily dismiss the case by that time, in lieu of awaiting final approval of the settlement by the bankruptcy court.
10. [NB: I am pro se at this juncture and I am not a lawyer, so it is my understanding that all my statements and requests should be construed liberally].

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Plaintiff

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: August 17, 2016

EXHIBIT 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| In Re: ) | |
| ) | |
| Andre Bisasor, ) | Case No. 1:15-CV-13813-LTS |
| Debtor ) | |
| ) | |

### JOINT STATUS REPORT

TO THE HONORABLE LEO T. SOROKIN, JUDGE FOR THE REFERENCED MATTER:

Now comes the Debtor, Andre Bisasor and a creditor in the above-captioned proceeding, Greystar Management Services LP as agent for Owner RAR2 Jefferson at Dedham Station MA Inc. ("Greystar"), and upon Order of the Court submit this Status Report. The Parties have reached a global settlement. The Settlement calls for approval by the Bankruptcy Court and therefore both parties request that this matter be continued for thirty (30) days to allow time for the underlying court to review and approve the Settlement.

Respectfully submitted
Andre Bisasor
Pro Se

Respectfully submitted
Greystar Management Services LP
as agent for owner RAR2-Jefferson at
Dedham Station MA, Inc.
By its attorneys,
ASHTON LAW, P.C

/s/ Andre Bisasor
Andre Bisasor
119 Drum Hill Road #233
Chelmsford, MA 01824
781-492-5675
Email: quickquantum@aol.com

/s/ Donna M. Ashton
Donna M. Ashton
BBO#634984
Ashton Law PC
28 Church Street, Suite #10
Winchester, MA 01890
(781) 756-6600
dma@ashton-law.com

Dated: July 15, 2016

Case 1:15-cv-13813-LTS   Document 35   Filed 07/15/16   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Donna M. Ashton, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of July, 2016.

/s/ Donna M. Ashton
Donna M. Ashton
BBO# 634984
28 Church Street, Suite 10
Winchester, Massachusetts 01890
(781) 756-6600
dma@ashton-law.com



EXHIBIT 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANDRE BISASOR,<br><br>              Plaintiff,<br><br>v.<br><br>GREY STAR,<br><br>              Defendant. | Civil Action No.<br>1:15-cv-13813 LTS<br>1:15-cv-13964 LTS |

## 45 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel