UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR                              )
PLAINTIFF,                                 )
                                           )
V.                                         )
                                           )
DONNA ASHTON; ASHTON LAW PC, )
DEFENDANTS                                 )

### REQUEST FOR A FINAL 60-DAY EXTENSION OF TIME TO SERVE PROCESS

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a final 60-day extension of time to serve process. Grounds are as follows:

1. The deadline to serve process is October 3, 2016.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
By The Plaintiff

Andre Bisasor
119 Drum Hill Rd. #233
Chelmsford MA 01824
781-492-5675

Dated: October 3, 2016