UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

```
_____
ANDRE BISASOR                    )
PLAINTIFF,                       )
                                 )
V.                               )
                                 )
DONNA ASHTON; ASHTON LAW PC,     )
DEFENDANTS                       )
_____)
```

## REQUEST FOR 60-DAY EXTENSION OF TIME TO SERVE PROCESS OR TO VOLUNTARILY DISMISS CLAIM

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a 60-day extension of time to either serve process or voluntarily dismiss this claim. Grounds are as follows:

1. The deadline to serve process is December 5, 2016.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee including certain adjustments that took into account certain considerations of the estate.
4. The trustee has now approved the settlement and will be shortly filing a motion to approve the settlement.
5. This should take another 30 to 45 days based on the time required to allow for any objections and appeals to objections.
6. Therefore, I ask the court for another final 60 days of extension of time to service process or to voluntarily dismiss this claim. If the process for bankruptcy court approval occurs sooner than 60 days, I will inform this court immediately and file voluntary dismissal forthwith.
7. There is no reason to believe that this process will require more time and so I anticipate this will be the absolute last request for extension of time.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,