Respectfully submitted,

Andre Bisasor

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: [redacted] December 5, 2016