UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR )
PLAINTIFF, )
                                          )
V. )
                                          )
DONNA ASHTON; ASHTON LAW PC, )
DEFENDANTS )

**REQUEST FOR 60-DAY EXTENSION OF TIME TO SERVE PROCESS OR TO VOLUNTARILY DISMISS CLAIM**

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a 60-day extension of time to either serve process or voluntarily dismiss this claim. Grounds are as follows:

1. The deadline to serve process is June 6, 2017.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee including certain adjustments that took into account certain considerations of the estate.
4. The trustee still has not filed the motion to approve the settlement with the bankruptcy court due to a complication with the involvement of a non-debtor spouse in the settlement contract.
5. Therefore, I ask the court for another final 60 days of extension of time. If the process for bankruptcy court approval occurs sooner than 60 days, I will inform this court immediately.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: June 6, 2017