UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR )
PLAINTIFF, )
)
V. )
)
DONNA ASHTON; ASHTON LAW PC, )
DEFENDANTS )
)

## REQUEST FOR 60-DAY EXTENSION OF TIME TO SERVE PROCESS OR TO VOLUNTARILY DISMISS CLAIM

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a 60-day extension of time to either serve process or voluntarily dismiss this claim. Grounds are as follows:

1. The deadline to serve process is August 7, 2017.
2. As this Court is aware, the parties have agreed to settle this case and have fully reached/signed a settlement agreement.
3. The agreement is still waiting approval from the bankruptcy court due to a delay based on requirements from the trustee including certain adjustments that took into account certain considerations of the estate.
4. The trustee has now filed a motion to approve the settlement with the bankruptcy court. We are now waiting for the approval of the bankruptcy court judge.
5. Therefore, I ask the court for another final 60 days of extension of time. If the process for bankruptcy court approval occurs sooner than 60 days, I will inform this court immediately.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: August 7, 2017