UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

ANDRE BISASOR )
PLAINTIFF, )
)
V. )
)
DONNA ASHTON; ASHTON LAW PC, )
DEFENDANTS )
)

### REQUEST FOR 30-DAY EXTENSION OF TIME TO VOLUNTARILY DISMISS CLAIM

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a 30-day extension of time to voluntarily dismiss this claim. Grounds are as follows:

1. The deadline to serve process is November 11, 2017.
2. As this Court is aware, the parties agreed to settle this case but were waiting on approval from the bankruptcy court.
3. The bankruptcy court has now approved the settlement.
4. However, a short period of time is needed to finalize the requirements of the settlement.
5. Therefore, I ask the court for another final 30 days of extension of time.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,
*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: November 7, 2017