UNITED STATES FEDERAL COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF,<br><br>V.<br><br>DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR MODIFICATION OF COURT'S 1-25-18 ORDER TO A 60-DAY NISI ORDER

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request modification of its 1-25-18 order of dismissal to be a 60-day Nisi order for dismissal to go into full effect. Grounds are as follows:

1. As this court is aware, I provided a status report to the court in November 2017 indicating that the bankruptcy court had approved the settlement but that additional time was needed to finalize the requirements of the settlement.
2. The court allowed me until December 15, 2017 to respond to the court with an update.
3. I mailed an update/response to the court on December 15, 2017[1]. See Attached Exhibit A.
4. I do not know what happened why the mail was not received or filed at the court and I did not realize it was not received until I received the court's order on 1-25-18 stating that it had not been received.
5. In any event, at this juncture, instead of fully re-opening the case and fully reversing the 1-25-18 order, I ask the court to modify its order to be a 60-day Nisi order of dismissal. Further grounds are as follows.
6. There remains a few final requirements to be completed from the settlement agreement. I have attempted to contact/follow-up with opposing counsel regarding completion, but I have not heard anything back for several weeks. There appears to be a change in the legal representation of the other party. Hence, additional time is needed for the settlement terms to be completed.
7. I have no problem with the court assuming that the settlement will be completed. I myself also believe that it is more than likely that the settlement will be completed.
8. However, in the abundance of caution, I just want to ensure that I do not leave myself exposed to having relinquished my rights.
9. Therefore, in order to save on judicial economy while also protecting myself just a little, I ask the court for a 60-day Nisi-order from today's date, with the dismissal going into full effect automatically at that time, unless I act to inform the court otherwise [or something to that effect].
10. WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

*Andre Bisasor*
Andre Bisasor

Dated: January 26, 2018

---

[1] NB: At that time I had a computer virus crash that prevented e-filing.

# EXHIBIT A

Case 1:15-cv-13656-JGD   Document 41   Filed 01/26/18   Page 2 of 3

**EXHIBIT A**

UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF, | )<br>)<br>) |
| V. | )<br>) |
| DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>)<br>) |

**REQUEST FOR EXTENSION OF TIME TO VOLUNTARILY DISMISS CLAIM**

I, Andre Bisasor, the plaintiff in the above captioned case, hereby request a 30-day extension of time to voluntarily dismiss this claim. Grounds are as follows:

1. The deadline to serve process is December 15, 2017.
2. As this Court is aware, the parties agreed to settle this case but were waiting on approval from the bankruptcy court.
3. The bankruptcy court has now approved the settlement.
4. However, a short period of time is needed to finalize the requirements of the settlement.
5. Therefore, I ask the court for a final 60 days of extension of time until February 15, 2018, taking into account the upcoming holiday period.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

*Andre Bisasor*
Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: December 15, 2017