UNITED STATES FEDERAL COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF, | )<br>)<br>) |
| V. | )<br>) |
| DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>) |

## STATUS REPORT

The plaintiff has been very ill with a serious flu-like illness including severe fever and related symptoms. He is presently under medication, including with disorienting effects, and have been bed-ridden and effectively incapacitated. Notwithstanding the above, the plaintiff would like to briefly report that the settlement terms still have not been concluded. The plaintiff requests a final 60-day extension on the nissi-order, which is the last such request the plaintiff will make (and the plaintiff appreciates the patience of the court) as the plaintiff anticipates that this will be sufficient to conclude settlement terms as well as allow for his recovery from illness. The plaintiff hereby humbly requests this Honorable Court grant his request and/or other relief that the Court deems just and proper. This filing is made with the assistance of Plaintiffs' spouse.

Respectfully submitted,

*Andre Bisasor*
Andre Bisasor

Dated: March 26, 2018