UNITED STATES FEDERAL COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF, | )<br>)<br>) |
| V. | )<br>) |
| DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>) |

## MOTION AND STATUS REPORT

This is a status update to inform the court that the settlement terms have not yet been concluded. The parties are still in the process of executing all of the terms. Given the number of courts involved and the number of steps that need to be taken, opposing counsel has indicated the need for additional time to complete all of the steps necessary to conclude the settlements terms (as was previously confirmed in the email communications attached to the last update). The plaintiff requests a final 60 days extension on the nissi-order in order to allow for the settlement terms to be completed.

Respectfully submitted,

*[signature]*
Plaintiff Andre Bisasor

Dated: July 25, 2018