UNITED STATES FEDERAL COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF, | )<br>)<br>) |
| V. | )<br>) |
| DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>) |

## **FINAL MOTION AND STATUS REPORT**

     This status update is to inform the court that the settlement terms have still not been completed. The parties need another final 30 days from today (i.e. until November 16, 2018) to finalize/complete all remaining terms, including the obtaining of vacatur of default judgment in the Dedham district court, pursuant to the settlement agreement.

     The parties have been working on completing all of the terms of the settlement, which have included several courts, and they are in full communication and cooperation to get the remaining steps completed as expeditiously as possible, but the remaining terms require certain final steps within the Dedham district court be completed, including receiving a final order from the Dedham district court granting vacatur of default judgment and to close the case therein.

     Given the above, the plaintiff anticipates that this will be the absolute final status report that will need to be made to this court and that a stipulation of voluntary dismissal will be filed in this court by or within the next 30 days, i.e. on or before November 16, 2018. The plaintiff requests this time until November 16, 2018 for extension on the nissi-order in order to allow for the settlement terms to be fully and finally completed.

     WHEREFORE, the plaintiff hereby humbly requests this Honorable Court grant our request and/or other relief that the Court deems just and proper.

Respectfully submitted,

*Andre Bisasor*

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: October 12, 2018