UNITED STATES FEDERAL COURT FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 1:15-cv-13656-JGD

| | |
|---|---|
| ANDRE BISASOR<br>PLAINTIFF,<br><br>V.<br><br>DONNA ASHTON; ASHTON LAW PC,<br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL STATUS REPORT AND REQUEST FOR FINAL EXTENSION OF NISS ORDER TO COMPLETE SETTLEMENT TERMS/FILE VOLUNTARY DISMISSAL**

1. This final status report is to inform the court that the plaintiff needs (and thus requests) one final extension until January 18, 2019 to complete the settlement terms and to file a voluntary stipulation of dismissal.
2. Due to a recent severe illness[1], there was a delay in finalizing the terms during this last month's timeframe. This created a delay in finalizing the last step needed to complete the settlement terms, which involves obtaining vacatur of default judgment in the Dedham district court, pursuant to the settlement agreement.
3. However, the parties are proceeding with resolving this final step expeditiously.[2]
4. Hence, this final extension not only allows time for the plaintiff to recover from his illness but also accounts for the intervening holiday period for Christmas and the New Year, as well.
5. The plaintiff thus asks the court to allow until by or before January 30, 2019 to finalize the settlement terms.
6. This will be the final status report that will need to be made to this court and a stipulation of voluntary dismissal will be filed in this court by or before January 30, 2019.
7. The plaintiff requests this time until January 30, 2019 for extension on the nissi-order in order to allow for the settlement terms to be fully and finally completed.
8. WHEREFORE, the plaintiff hereby humbly requests this Honorable Court grant our request and/or other relief that the Court deems just and proper.

Respectfully submitted,

Andre Bisasor

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: December 4, 2018

---

[1] NB: The plaintiff became very ill with a bacterial infection that causes a flu-like illness that has taken a turn for the worse (including throat pain, severe coughing, mucus and congestion, weakness/fatigue, on and off fever, nausea and diarrhea and on and off pain, wheezing and trouble breathing). The plaintiff is also now under powerful antibiotics and other medication and his doctor required that he not work for about two weeks to ensure that he does not develop any complications. The plaintiff also developed an eye infection from the same bacterial infection and is also prescribed with an eye antibiotic ointment which is needed to separately treat the eye infection. As a result, the plaintiff cannot see clearly while being treated with the eye ointment. Consequently, he has been unable to work on litigation until he recovers. The plaintiff requests that the court take this into account in terms of time to recover. See Exhibit 1 for medical documentation.

[2] NB: Voluntary dismissal could not be completed until the settlement terms are completed because otherwise the plaintiff could be prejudiced if this matter is dismissed before the defendants complete their obligations under the settlement agreement (i.e. if they did not follow through on adhering to the terms of the settlement, then premature dismissal would harm the plaintiff). Voluntary dismissal was the last step to be completed as contemplated by the settlement agreement. The plaintiff is the only one who will lose rights if the matter is dismissed prematurely without completion of the settlement terms. After the bankruptcy court approved the settlement agreement and entered a discharge (which were only recently done), the defendants attempted to coordinate with the plaintiff to complete the settlement terms but did not hear back from them until a few month ago (as explained in prior status reports). Since then the parties have been working to complete the terms of the settlement, which have included addressing several courts, but the remaining terms required certain final steps within the Dedham district court be completed, including obtaining a final order from the Dedham district court granting vacatur of the underlying default judgment, which also requires a court hearing. But the delay in this last month has been due to the illness of the plaintiff, which has been explained above.

**Letter by Jorge E Casal, MD on 11/21/2018**



MASSACHUSETTS GENERAL HOSPITAL

MGH Primary Care
Boston MA 02114
Dept Phone #: 617-726-4900
Dept Fax #:  617-228-6306

November 21, 2018

Patient: **Andre E Bisasor**
Date of Birth:
Date of Visit: **11/21/2018**

To Whom It May Concern:

It is my medical opinion that Andre Bisasor is unable to work until 11/30/18 due a medical illness.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Jorge E Casal, MD